UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                    Case No.: 16-cr-20229
v.                                           Honorable Gershwin A. Drain

D-2 MARVIN LAMONT JENKINS,

    Defendant.
_____/

## **ORDER DENYING DEFENDANT'S MOTION FOR ORDER TO STAY EXECUTION OF SENTENCE [#97]**

Presently before the Court is the Defendant's Motion for Order to Stay Execution of Sentence, filed on February 1, 2018. The Government filed a Response in Opposition on February 7, 2018. Upon review of the parties' submissions, the Court finds that Defendant has failed to demonstrate he is entitled to a stay of the execution of his sentence. Accordingly, Defendant's Motion for Order to Stay Execution of Sentence [#97] is DENIED. Defendant shall report as directed by the Bureau of Prisons on February 22, 2018.

    SO ORDERED.

Dated: February 13, 2018                      /s/Gershwin A. Drain
                                                            GERSHWIN A. DRAIN
                                                            United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 13, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk